1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10    CLEMENTE M. GAMBOA, JR.,                  Case No. 1:21-cv-00079-EPG (PC)

11              Plaintiff,                      ORDER DIRECTING PLAINTIFF TO
                                                RESPOND TO SCREENING ORDER WITHIN
12        v.                                    TWENTY-ONE DAYS

13    B. GONZALES, et al.,                      ORDER DIRECTING CLERK TO SEND
                                                PLAINTIFF COPY OF SCREENING ORDER
14              Defendants.                     (ECF No. 14)

15

16

17         Clemente Gamboa, Jr. ("Plaintiff"), is a prisoner proceeding *pro se* and *in forma pauperis*

18   in this civil rights action filed pursuant to 42 U.S.C. § 1983.

19         On January 27, 2021, the Court screened Plaintiff's complaint and gave Plaintiff thirty

20   days to either: "a. File a First Amended Complaint; b. Notify the Court in writing that he does not

21   want to file an amended complaint and instead wants to proceed only on his claim against

22   defendant Gonzales for excessive force in violation of the Eighth Amendment; or c. Notify the

23   Court in writing that he wants to stand on his complaint."  (ECF No. 14, p. 7).

24         Plaintiff did not respond to the screening order.  However, on March 12, 2021, Plaintiff

25   did file a notice of change of address (ECF No. 17).  As it appears that Plaintiff is attempting to

26   prosecute this case, the Court will grant Plaintiff an additional twenty-one days to respond to the

27   screening order and direct the Clerk of Court to send Plaintiff a copy of the screening order.  The

28   Court warns Plaintiff that failure to respond to the screening order will result in dismissal of this

1  action.

2         Based on the foregoing, IT IS ORDERED that:

3             1.  Plaintiff has twenty-one days from the date of service of this order to respond

4                 to the screening order that was issued on January 27, 2021 (ECF No. 14); and

5             2.  The Clerk of Court is directed to send Plaintiff a copy of the screening order

6                 (ECF No. 14).

7

8  IT IS SO ORDERED.

9     Dated:   **March 18, 2021**                    /s/ _Erica P. Grosjean_

10                                         UNITED STATES MAGISTRATE JUDGE

2