UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENTE M. GAMBOA, JR., | No. 1:21-cv-00079-NONE-EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. No. 24) |
| B. GONZALES, et al., | ORDER DISMISSING ACTION |
| Defendants. | ORDER FOR CLERK TO ASSIGN A DISTRICT JUDGE TO THIS CASE FOR THE PURPOSE OF CLOSING THE CASE AND THEN TO CLOSE THIS CASE |

Clemente Gamboa, Jr. ("plaintiff"), is a prisoner (or former prisoner) proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 8, 2021, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his case be dismissed, without prejudice, because of Plaintiff's failure to prosecute this case," and that "[t]he Clerk of Court [be] directed to close this case." (Doc. No. 24 at 3.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 8, 2021, (Doc. No. 24), are adopted in full;

2. This case is dismissed, without prejudice, because of plaintiff's failure to prosecute this case; and

3. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **October 12, 2021**               *Dale A. Drozd*
                                                                  UNITED STATES DISTRICT JUDGE